2015R00324/LJW/DCC/FJN

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. |
| v. | : Criminal No. 15- 558 (SDW) |
| ALAA SAADEH | : 18 U.S.C. § 2339B |

## INFORMATION

The defendant having waived in court prosecution by indictment, the United States Attorney for the District of New Jersey charges:

From in or about October 2014 through on or about May 21, 2015, in Bergen County, in the District of New Jersey, and elsewhere, defendant,

**ALAA SAADEH**,

being a United States citizen, knowingly and unlawfully conspired with others to provide material support and resources, as defined in Title 18, United States Code, Section 2339A(b), including services and personnel, to a foreign terrorist organization, namely the Islamic State of Iraq and the Levant, knowing that the organization was a designated terrorist organization, and that the organization had engaged and was engaging in terrorist activity and terrorism.

In violation of Title 18, United States Code, Section 2339B(a)(1) and 2339B(d).

*[signature: Paul J. Fishman]*
PAUL J. FISHMAN
United States Attorney

| | | | | |
|---|---|---|---|---|
| **CASE NUMBER:  2015R00324** | **United States District Court**<br>**District of New Jersey** | UNITED STATES OF AMERICA<br><br>v.<br><br>**ALAA SAADEH** | **INFORMATION FOR**<br><br>18 U.S.C. § 2339B | **PAUL J. FISHMAN**<br>*UNITED STATES ATTORNEY*<br>*NEWARK, NEW JERSEY*<br><br>L. JUDSON WELLE<br>DENNIS C. CARLETTA<br>FRANCISCO J. NAVARRO<br>*ASSISTANT U.S. ATTORNEYS*<br>*(973) 645-2700* |

**USA-48AD 8**
(Ed. 1/97)