# UNITED STATES DISTRICT COURT
## For the District of New Jersey

UNITED STATES OF AMERICA    :    **WAIVER OF INDICTMENT**

         v.         :    Criminal Number: 15- *7100*

ALAA SAADEH        :    *Crim. No. 15-558 (SDW)*

     I, ALAA SAADEH, the above-named defendant, who is charged with knowingly and unlawfully conspiring with others to provide material support and resources, as defined in Title 18, United States Code, Section 2339A(b), including services and personnel, to a foreign terrorist organization, namely the Islamic State of Iraq and the Levant, knowing that the organization was a designated terrorist organization, and that the organization had engaged and was engaging in terrorist activity and terrorism, in violation of Title 18, United States Code, Section 2339B(a)(1) and 2339B(d), being advised of the nature of the charges, the proposed Information, and my rights, hereby waive in open court on *10/29/15* (date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

 

_____
Alaa Saadeh

_____
Maria Noto, Esq.
Counsel for Defendant

Before: _____
HON. SUSAN D. WIGENTON
United States District Judge