# Law Office of Maria D. Noto, P.C.
746 Highway 34, Suite 8
Matawan, New Jersey 07747
(732) 441-9546        (732) 441-9547 Fax
mnotolaw@gmail.com

*Maria DelGaizo Noto**

*\*certified by the Supreme Court of New Jersey*
**as a Criminal Trial Attorney**

January 27, 2016

The Honorable Susan D. Wigenton, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

Re: USA v. SAADEH
    Docket No: 2:15-cr-00558-SDW

Dear Judge Wigenton,

I am withdrawing the Motion to Order Defendant Removed from 23 Hour Lockdown which I filed on January 19, 2016 in the above-referenced matter. It is my understanding that he has now been transferred to Brooklyn Metropolitan Detention Center and that he is no longer in solitary confinement.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ MARIA D. NOTO, ESQ.

MARIA D. NOTO, ESQ.

So Ordered
this 28th day of January 2016
Susan D. Wigenton, U.S.D.J.